

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:08cr 1 2 3 |
| | ) | |
| v. | ) | |
| | ) | |
| RODERICK LAMONT SPRATLEY | ) | 18 U.S.C. §§ 1951(a) and 2 |
| (Counts 1-6, 8-10) | ) | Obstruct, Delay and Affect Commerce |
| | ) | by Robbery |
| JOHN ALFRED BUTLER, JR. | ) | (Counts 1, 4 and 8) |
| (Count 4) | ) | |
| | ) | 18 U.S.C. §§ 924(c)(1) and 2 |
| TIMARA PATRICE BOWDEN | ) | Use, Carry, Possess, and Brandish Firearm |
| (Count 7) | ) | in Relation to and in Furtherance of Crime |
| | ) | of Violence |
| MICHAEL O. WATKINS | ) | (Counts 2, 5 and 9) |
| (Count 8) | ) | |
| | ) | |
| | ) | 18 U.S.C. § 3 |
| | ) | Accessory After the Fact |
| | ) | (Count 7) |
| | ) | |
| | ) | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| | ) | Felon in Possession of a Firearm |
| | ) | (Counts 3, 6 and 10) |

## INDICTMENT

October 2008 Term – at Newport News, Virginia

At all times material to this indictment, the A & H Food Mart in Smithfield, Virginia, the Getty

Mart in Hampton, Virginia, and the SOLO gas station in Hampton, Virginia, were businesses engaged

in interstate commerce in numerous states. Their interstate commercial activities included but were

not limited to the sale of food products, gasoline, cigarettes, and various products to customers from

both within and outside the Commonwealth of Virginia.

<u>COUNT ONE</u>

THE GRAND JURY CHARGES THAT:

1.      At all times material to this indictment, the A & H Food Mart, located at 16034 Scotts Factory Road, Smithfield, Virginia,  was a business engaged in receiving and selling goods in interstate commerce, in an industry that affects interstate commerce.

2.      On or about May 26, 2008, at the A & H Food Mart, in Smithfield, Virginia, in the Eastern District of Virginia, RODERICK LAMONT SPRATLEY, the defendant herein, did knowingly and unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles in commodities in such commerce, by knowingly and willfully committing robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendant did unlawfully take and obtain approximately $1,836.00 in United States currency from the person of, and in the presence of, Jennifer Drewery, against her will by means of actual and threatened force, violence and fear of injury, immediate and future, to her person, that is, the defendant used, carried, displayed, possessed, brandished, and pointed a firearm at said employee of A & H Food Mart, and removed money from the cash register.

(In violation of Title 18, United States Code, Sections 1951(a) and 2).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 26, 2008, at the A & H Food Mart, 16034 Scotts Factory Road, Smithfield, Virginia, in the Eastern District of Virginia, RODERICK LAMONT SPRATLEY, the defendant herein, did unlawfully and knowingly brandish, use, carry, and possess a firearm to wit a silver pistol during and in relation to and in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, to wit: Interference with Commerce by Robbery, as set forth in Count One of this indictment, which is re-alleged and incorporated by reference herein.

(In violation of Title 18, United States Code, Sections 924(c)(1) and 2).

<u>COUNT THREE</u>

THE GRAND JURY CHARGES THAT:

On or about April 26, 2008, at the A & H Food Mart, 16034 Scotts Factory Road, Smithfield, Virginia, in the Eastern District of Virginia, RODERICK LAMONT SPRATLEY, the defendant herein, having been previously convicted of a felony crime punishable by imprisonment for a term exceeding one year, did unlawfully and knowingly possess a firearm, which had been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

<u>COUNT FOUR</u>

THE GRAND JURY CHARGES THAT:

1.    At all times material to this indictment, the GETTY MART was a business engaged in receiving and selling goods in interstate commerce, in an industry that affects interstate commerce.

2.    On or about July 21, 2008, at the GETTY MART at 120 W. Mercury Boulevard, Hampton, Virginia, in the Eastern District of Virginia, RODERICK LAMONT SPRATLEY, and JOHN ALFRED BUTLER, JR., the defendants herein, did knowingly and unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles in commodities in such commerce, by knowingly and willfully committing robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendants did unlawfully take and obtain approximately $500.00 in United States currency from the persons of, and in the presence of Jungai Kim and Chulsoo Bobby Kim against their will by means of actual and threatened force, violence and fear of injury, immediate and future, to their persons, that is, the defendants used, carried, displayed, possessed, brandished, and pointed firearms at said employees of the Getty Mart, and demanded and removed money from the cash register.

(In violation of Title 18, United States Code, Sections 1951(a) and 2).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 21, 2008, at the GETTY MART at 120 W. Mercury Boulevard, Hampton, Virginia, in the Eastern District of Virginia, RODERICK LAMONT SPRATLEY, did unlawfully and knowingly brandish, use, carry, and possess a firearm during and in relation to and in the furtherance of a crime of violence for which he may be prosecuted in a court of the United States, to wit: Interference with Commerce by Robbery, as set forth in Count Four of this indictment which is re-alleged and incorporated by reference herein.

(In violation of Title 18, United States Code, Sections 924(c)(1) and 2).

6

<u>COUNT SIX</u>

THE GRAND JURY CHARGES THAT:

On or about July 21, 2008, Virginia, at the GETTY MART at 120 W. Mercury Boulevard, Hampton, Virginia, in the Eastern District of Virginia, RODERICK LAMONT SPRATLEY, the defendant herein, having been previously convicted of a felony crime punishable by imprisonment for a term exceeding one year, did unlawfully and knowingly possess a firearm, which had been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

<u>COUNT SEVEN</u>

THE GRAND JURY CHARGES THAT:

On or about July 21, 2008, in Hampton, in the Eastern District of Virginia, TIMARA PATRICE BOWDEN, the defendant herein, knowing that an offense against the United States had been committed, to wit, the Interference with Commerce by Robbery, did receive, relieve, comfort, and assist the offender, Roderick Lamont Spratley, in order to hinder and prevent the offender's apprehension, trial, and punishment, by driving the Roderick Lamont Spratley from the vicinity of the robbery at the Getty Mart located at 120 W. Mercury Boulevard, Hampton, Virginia, to Newport News, Virginia to avoid apprehension.

(In violation of Title 18, United States Code, Section 3.)

<u>COUNT EIGHT</u>

THE GRAND JURY CHARGES THAT:

1.      At all times material to this indictment, ON MARK, doing business as "SOLO Gas," was a business engaged in receiving and selling goods in interstate commerce, in an industry that affects interstate commerce.

2.      On or about July 25, 2008, at the SOLO gas station at 1225 N. King Street in Hampton, Virginia, in the Eastern District of Virginia, RODERICK LAMONT SPRATLEY AND MICHAEL O. WATKINS, the defendants herein, did knowingly and unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles in commodities in such commerce, by knowingly and willfully committing robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendants did unlawfully take and obtain approximately $1,134.69 in United States currency from the persons of, and in the presence of, Debra Sechrist and Ashok Patel against their will by means of actual and threatened force, violence and fear of injury, immediate and future, to their persons, that is, the defendants used, carried, displayed, possessed, brandished, and pointed firearms at said employees of the SOLO gas station, and demanded and removed money from the cash register.

(In violation of Title 18, United States Code, Sections 1951(a) and 2).

<u>COUNT NINE</u>

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 25, 2008, at the SOLO GAS station at 1225 N. King Street in Hampton, Virginia, in the Eastern District of Virginia, RODERICK LAMONT SPRATLEY did unlawfully and knowingly brandish, use, carry, and possess a firearm during and in relation to and in the furtherance of a crime of violence for which he may be prosecuted in a court of the United States, to wit: Interference with Commerce by Robbery, as set forth in Count Eight of this indictment which is re-alleged and incorporated by reference herein.

(In violation of Title 18, United States Code, Sections 924(c)(1) and 2).

<u>COUNT TEN</u>

THE GRAND JURY CHARGES THAT:

On or about July 25, 2008, at the SOLO GAS station at 1225 N. King Street in Hampton, Virginia in the Eastern District of Virginia, RODERICK LAMONT SPRATLEY, the defendant herein, having been previously convicted of a felony crime punishable by imprisonment for a term exceeding one year, did unlawfully and knowingly possess a firearm, to wit: one Rohm .38 caliber revolver, which had been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

<u>United States v. Roderick Lamont Spratley, et al.</u>

Criminal No. 4:08CR123

A TRUE BILL:

REDACTED COPY

_____
FOREPERSON

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: _____
Timothy R. Murphy
Special Assistant U.S. Attorney
Virginia State Bar No. 28218
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606
(757)591-4000