# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK/NEWPORT NEWS DIVISION

**FILED IN OPEN COURT**
**DEC 7 2009**
**CLERK, U.S. DISTRICT COURT**
**NORFOLK, VA**

UNITED STATES OF AMERICA

v.                                                  Criminal No. __4:08CR00123-004__

MICHAEL O. WATKINS

### NOTICE OF APPEAL

Notice is hereby given that __MICHAEL O. WATKINS__, defendant in the above named case, hereby appeals to the United States Court of Appeals for the 4th Circuit from the Judgment entered in this action on the _7th_ day of _December_, 2009.

_____
Deputy Clerk

Date: _12/7/09_